**1010 BAY CITY vs. STATE TREASURER, 23 M., 499.**

To compel respondent to deliver up certain bonds issued under the railroad aid law. Laws of 1869, p. 89.

Granted October 18, 1871.

It appeared that respondent acted in good faith under an honest misapprehension of duty, and therefore no costs were granted.

**1011 THURBER vs. WHITTEMORE (State Treasurer), 2 M., 307.**

To compel respondent to pay to relator, who was speaker of the house of representatives, the sum of $97, for services as a member of the legislature, upon a certificate drawn and signed by the clerk of the house, and countersigned by relator as such speaker.

Denied 1852.

Held, that under Secs. 15 and 17, of Art IV, of the constitution, the speaker of the house is entitled to the same compensation as representatives, and cannot, as speaker, receive any additional per diem or mileage.